IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| BYRON HOWIE and TOMMIE ASHFORD, | ) | |
|---|---|---|
| | ) | |
| Plainitffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-865-WKW |
| | ) | [WO] |
| MILDRED ROLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Remand (Doc. # 8), and for good cause shown, it is ORDERED that:

1. The Joint Motion to Remand (Doc. # 8) is GRANTED;

2. This action is REMANDED to the Circuit Court of Macon County, Alabama; and

3. The Clerk of the Court is DIRECTED to take appropriate steps to effectuate the remand.

DONE this 3rd day of April, 2018.

                                       /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE